UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GERARDO MARTINEZ-REYES,<br><br>            Petitioner,<br><br>    v.<br><br>DENNIS H. BURNS, et al.,<br><br>            Respondents. | Case No. CV 08-6039 CJC(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus and accompanying documents (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS ORDERED that the Petition is denied and this action is dismissed as moot.

///
///
///
///
///

1

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
Report and Recommendation, and the Judgment herein on counsel for petitioner
and respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 11, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE