JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GERARDO MARTINEZ-REYES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DENNIS H. BURNS, et al.,<br><br>　　　　　Respondents. | Case No. CV 08-6039 CJC(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ Habeas Corpus is denied and this action is dismissed as moot.

DATED: April 11, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE